**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELSTON JEROME BAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE BANK, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-0981 - LJO- JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR HIS FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO PROSEUCTE |

      Elston Jerome Baker seeks to proceed with an action against Chase Bank, RaboBank, Hertz Rental Cars, and the Bakersfield Sheriff's Department. On October 15, 2018, the Court found finds Plaintiff fails to clearly identify the causes of action on which he seeks to proceed, or allege facts sufficient to support a federal claim for relief. (Doc. 4 at 3-6) Therefore, the Court dismissed his complaint with leave to amend, and directed Plaintiff to file an amended complaint within thirty days of the date of service. (*Id.* at 7) To date, Plaintiff has not filed an amended complaint.

      The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

an action or failure to obey a court order, or failure to comply with local rules. *See*, *e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order directing the party to file an amended complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within fourteen days of the date of service of this Order why the sanctions should not be imposed for his failure to follow the Court's Order and failure to prosecute the action or to file an amended complaint.

IT IS SO ORDERED.

Dated: **November 20, 2018**          /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE